UNITED STATES DISTRICT COURT

DISTRICT OF OREGON
PORTLAND DIVISION

FILED 11 MAR 16 14:49 USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD PRATT,<br><br>Defendant. | Case No. 10-CR-0010-8-MO<br><br>**SECOND SUPERSEDING INFORMATION**<br><br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(C),<br>21 U.S.C. § 846,<br>21 U.S.C. § 853 |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1:
[Conspiracy to Unlawfully Manufacture Marijuana]

Beginning on or around June 2008 and continuing through January 1, 2010, in the District of Oregon, **MICHAEL RICHARD PRATT**, defendant herein, did knowingly and willfully combine, conspire, confederate and agree with others both known and unknown, to manufacture marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 846.

### CRIMINAL FORFEITURE ALLEGATION

As a result of committing the controlled substance offenses alleged in this indictment, **MICHAEL RICHARD PRATT** shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property

used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged this Second Superseding Information.

Dated this 16th day of March 2011.

DWIGHT C. HOLTON
United States Attorney

*/s/ Leah K. Bolstad*

LEAH K. BOLSTAD
Assistant United States Attorney